UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ASCENTIUM CORPORATION<br><br>                           Plaintiffs,<br>    v.<br><br>THE WILLIAM J. CLINTON FOUNDATION<br><br>                           Defendant. | Cause No. C09 - 01165-MJP<br><br>NOTICE OF VOLUNTARY DISMISSAL<br><br>[Clerk's Action Required] |

Pursuant to FRCVP 41(a)(1)(A)(i), Ascentium Corporation, by and through its counsel of record, hereby dismisses the above-entitled action against the Defendant. There has been no service of process, appearance or answer filed on behalf of the Defendant and no counterclaim has been asserted by Defendant. Dismissal should be without prejudice and without costs.

DATED this ____ day of August, 2009.

FOSTER PEPPER PLLC

_____
Bradley P. Thoreson, WSBA No. 18190
Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL - 1